February 27, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00036-CV

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY AND MAX
MIDSTREAM, LLC, Appellants

V.

SAN ANTONIO BAY ESTUARINE WATERKEEPER, TEXAS CAMPAIGN
FOR THE ENVIRONMENT, AND S. DIANE WILSON, Appellees

This cause, an appeal from the judgment in favor of appellees, San Antonio Bay Estuarine Waterkeeper, Texas Campaign for the Environment, and S. Diane Wilson, signed, November 30, 2023, was heard on the appellate record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the order of the Texas Commission on Environmental Quality is affirmed.

We further order that all costs incurred by reason of this appeal be paid by appellees, San Antonio Bay Estuarine Waterkeeper, Texas Campaign for The Environment, and S. Diane Wilson.

We further order this decision certified below for observance.

Judgment Rendered February 27, 2025.

Panel Consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.